(SPACE BELOW FOR FILING STAMP ONLY)

ROGER T. NUTTALL #42500
NUTTALL & COLEMAN
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant JASWINDER LASHER

**FILED**

MAY 30 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASWINDER LASHER,<br><br>    Defendant. | Case No.: 1:07 CR-00264 AWI<br><br>**REQUEST, STIPULATION AND ORDER RE: TRAVEL TO LOS ANGELES ON A FAMILY VACATION BY JASWINDER LASHER.** |

Defendant, JASWINDER LASHER, by and through his attorney, ROGER T. NUTTALL, hereby requests permission from this court to be allowed to participate in a family vacation to Los Angeles, California (Disneyland, Hollywood, etc.). Said family vacation shall begin on Monday, June 2, 2008, through Thursday, June 5, 2008. The family shall leave for Los Angeles the afternoon of June 2, 2008, right after the 11:00 a.m. court hearing, and return to Fresno, Thursday evening, June 5, 2008, before midnight.

Defendant counsel's office has contacted JACOB SCOTT, at Pre-Trial Services, who has no objection to this request so long as Defendant presents proof of his stay in Southern California.

Defendant counsel's office has also contacted SHEILA OBERTO, Assistant U. S. Attorney, who likewise has expressed no objection to this out-of-town travel request.

DATED: May 29, 2008.

                NUTTALL & COLEMAN

                /s/

                ROGER T. NUTTALL

                Attorney for Claimant

                JASWINDER LASHER

                /s/

                SHEILA K. OBERTO

                Asst. U. S. Attorney

**IT IS SO ORDERED.**

DATED: May 30, 2008.

                ANTHONY W. ISHII

                Judge, U. S. District Court