CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534

Attorney for Defendant Tarlochen Lasher

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-CR-00264-AWI – (002) & (003) |
| Plaintiff, | ) |
| vs. | ) |
| | ) STIPULATION AND ORDER |
| | ) REGARDING OVERNIGHT TRAVEL |
| TARLOCHEN LASHER, and JASWINDER LASHER, | ) |
| Defendants. | ) |

It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendants are allowed to travel from their respective residences to Chicago, Illinois for the purpose of attending an Indian festival on the dates set forth below:

Departure:  August 29, 2008

Return:  September 2, 2008

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.

DATED: August 21, 2008
/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
Tarlochan Lasher

/s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
Jaswinder Lasher

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Attorney for the
United States of America

IT IS SO ORDERED.

DATED:  8/25/2008
 /s/ Sandra M. Snyder
SANDRA M. SNYDER
Chief United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PDF created with pdfFactory trial version www.pdffactory.com