1 CARL M. FALLER   SBN: 70788
Attorney at Law
2 Post Office Box 912
Fresno, CA 93714
3 559-226-1534

4

5 Attorney for Defendant Tarlochen Lasher

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA ,          )   1:07-CR-00264-AWI
                                     )
12          Plaintiff,                )
                                     )
13      vs.                          )
                                     )
14                                   )   STIPULATION AND ORDER
                                     )   REGARDING OVERNIGHT TRAVEL
15 TARLOCHEN LASHER, and JASWINDER    )
   LASHER,                           )
16                                   )
                                     )
17                                   )
          Defendants.                )
18                                   )
   _____ )

19

20

21      It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of

22 record, that the above-named defendants are allowed to travel from their respective residences to

23 Chicago, Illinois and Milwaukee, Wisconsin, for the purpose of  business meetings on the dates

24 set forth below:

25          Departure:  September 12, 2008

26          Return:  September 14, 2008

PDF created with pdfFactory trial version www.pdffactory.com

1

2          This stipulation and proposed order is submitted with the approval of Pretrial Services

3     Officer Jacob M. Scott.

4

5     DATED:  September 9, 2008                    */s/  Carl M. Faller*
                                                    CARL M. FALLER
6                                                   Attorney for Defendant
                                                    Tarlochan Lasher
7

8
                                                    /s/  Mark W. Coleman
9                                                   MARK W. COLEMAN
                                                    Attorney for Defendant
10                                                  Jaswinder Lasher

11

12                                                  /s/  Sheila L. Oberto
                                                    SHEILA L. OBERTO
13                                                  Attorney for the
                                                    United States of America
14

15         **IT IS SO ORDERED.**

16     DATED:  September 9, 2008                    /s/Gary S. Austin
                                                    The Honorable Gary S. Austin
17                                                  United States Magistrate Judge

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com