**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant JASWINDER LASHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:07 CR-00264 AWI |
|---|---|
| Plaintiff, | **STIPULATION AND <u>ORDER</u> RE: TRAVEL TO CHICAGO BY JASWINDER LASHER.** |
| vs. | |
| JASWINDER LASHER, | |
| Defendant. | |

Defendant, JASWINDER LASHER, by and through his attorney, ROGER T. NUTTALL, hereby requests permission from this court to be allowed to travel to participate in an Indian Cultural Festival. Said travel shall begin on Friday, September 12, 2008, through Monday, September 15, 2008. Mr. Lasher shall leave to fly to Chicago International Airport and travel by vehicle to Milwaukee on September 12, 2008, and return to Fresno, Monday evening, September 15, 2008, before midnight.

Defendant counsel's office has contacted JACOB SCOTT at Pre-Trial Services who has no objection to this request so long as Defendant presents proof of his stay in Milwaukee.

1    Defendant counsel's office has also contacted SHEILA
2 OBERTO, Assistant U. S. Attorney, who likewise has expressed no
3 objection to this out-of-town travel request.
4    DATED: September 9, 2008.
5                          NUTTALL & COLEMAN
6                           /s/
                            ROGER T. NUTTALL
7                           Attorney for Claimant
                            JASWINDER LASHER
8
9                           /s/
                            SHEILA K. OBERTO
10                          Asst. U. S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   September 10, 2008**           **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE

2