CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534


Attorney for Defendant Tarlochen Lasher


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA , | ) 1:07-CR-00264-AWI |
| Plaintiff, | ) |
| vs. | ) |
|  | ) STIPULATION AND ORDER |
|  | ) REGARDING OUT OF STATE |
| TARLOCHEN LASHER, JASWINDER LASHER, | ) TRAVEL |
|  | ) |
| Defendants. | ) |

    It is hereby stipulated by the parties hereto, by and through their undersigned attorneys of record, that the above-named defendants be allowed to travel from their residences to Pittsburgh, Pennsylvania for the purpose of business meetings on the dates set forth below:

        Departure:  December 6, 2008

        Return:  December 9, 2008

///

This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Jacob M. Scott.  Further, counsel for the government has previously stated that the government has no objection to the defendants travelling within the continental United States.

DATED:  December 2, 2008              */s/  Carl M. Faller*
                                                     CARL M. FALLER
                                                   Attorney for Defendant
                                                   Tarlochan Lasher

                                                 /s/  Karen A. Escobar
                                                 KAREN A. ESCOBAR
                                                 Attorney for the
                                                 United States of America

     IT IS SO ORDERED.

DATED:  December 5, 2008              _____/s/ OLIVER W. WANGER_____
                                                 OLIVER W. WANGER
                                                 United States District Judge