**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant JASWINDER LASHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:07 CR-00264 AWI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: TRAVEL TO CHICAGO BY JASWINDER LASHER.** |
| vs. | |
| JASWINDER LASHER, | |
| Defendant. | |

     Defendant, JASWINDER LASHER, by and through his attorney, ROGER T. NUTTALL, hereby requests permission from this court to be allowed to travel to Chicago, Illinois, to participate in an Indian Cultural Festival.  Said travel shall begin on Saturday, September 5, 2009, through Monday, September 7, 2009.

     Defendant counsel's office has contacted JACOB SCOTT at Pre-Trial Services who has no objection to this request so long as Defendant presents proof of his stay in Chicago.

     Defendant counsel's office has also contacted SHEILA OBERTO, Assistant U. S. Attorney, who likewise has expressed no objection to this out-of-town travel request.

DATED: August 17, 2009.

NUTTALL & COLEMAN

/s/
ROGER T. NUTTALL
Attorney for Claimant
JASWINDER LASHER

/s/
SHEILA K. OBERTO
Asst. U. S. Attorney

THE COURT WILL GRANT THE UNCONTESTED REQUEST, WITH THE UNDERSTANDING THAT FAILURE TO FOLLOW THE TERMS AND CONDITIONS OF RELEASE, INCLUDING THE GRANTED TIME TABLE, WILL SUBJECT THE DEFENDANT TO CONTEMPT.  THE UNDERSIGNED HAS REVIEWED THIS MATTER DUE TO THE FACT THAT U.S. DISTRICT CHIEF JUDGE ANTHONY I. ISHII IS OUT OF STATE ON COURT BUSINESS.

IT IS SO ORDERED.

**Dated:   August 28, 2009**               **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE