(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASWINDER LASHER,<br><br>　　　　Defendant. | Case No.: 1:07 CR-00264 AWI<br><br>**STIPULATION AND ORDER RE: TRAVEL BY JASWINDER LASHER.** |

　　　Defendant, JASWINDER LASHER, by and through his attorney, ROGER T. NUTTALL, hereby requests permission from this court to be allowed to travel to Seattle, Washington, to participate in an Indian Cultural Festival.  Said travel shall begin on Friday, July 16, 2010, through Monday, July 19, 2010.

　　　Defendant counsel's office has contacted JACOB SCOTT at Pre-Trial Services who has no objection to this request so long as Defendant presents proof of his stay in Seattle.

　　　Defendant counsel's office has also contacted Karen Escobar, Assistant U. S. Attorney, who likewise has

////

////

1  expressed no objection to this out-of-town travel request.

2       DATED: July 13, 2010.

3                               NUTTALL & COLEMAN

5                               /s/
                           ROGER T. NUTTALL
6                             Attorney for Claimant
                           JASWINDER LASHER

8
9                             /s/
                           KAREN ESCOBAR
                           Asst. U. S. Attorney

12  IT IS SO ORDERED.

14  Dated:   July 13, 2010
                           CHIEF UNITED STATES DISTRICT JUDGE

NUTTALL & COLEMAN
2445 Capitol Street, Suite 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900