(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JASWINDER LASHER,<br><br>    Defendant. | Case No.: 1:07 CR-00264 AWI<br><br>**STIPULATION AND ORDER RE: TRAVEL TO SEATTLE, WASHINGTON BY JASWINDER LASHER.** |

   Defendant, JASWINDER LASHER, by and through his attorney, ROGER T. NUTTALL, hereby requests permission from this court to be allowed to travel to Seattle, Washington, to participate in an Indian Cultural Festival.  Said travel shall begin on Friday, August 6, 2010, through Monday, August 9, 2010.

   Defendant counsel's office has attempted to contact JACOB SCOTT at Pre-Trial Services who will not be returning to his office until August 9, 2010.

   Defendant counsel's office has also contacted Karen Escobar, Assistant U. S. Attorney, who likewise has

////

////

1 expressed no objection to this out-of-town travel request.

2 DATED: August 4, 2010.

3 NUTTALL & COLEMAN

5     /s/
6 ROGER T. NUTTALL
  Attorney for Claimant
  JASWINDER LASHER

9     /s/
  KAREN ESCOBAR
  Asst. U. S. Attorney

12 **ORDER**

14 IT IS SO ORDERED.

Dated:   August 5, 2010

CHIEF UNITED STATES DISTRICT JUDGE