(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JASWINDER LASHER

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JASWINDER LASHER,<br><br>    Defendant. | Case No.: 1:07-CR-00264 AWI<br><br>**STIPULATION AND ORDER RE: TRAVEL TO CHICAGO, ILLINOIS BY JASWINDER LASHER AND TARLOCHAN LASHER.** |

    Defendants, JASWINDER LASHER and TARLOCHAN LASHER, by and through his attorney, ROGER T. NUTTALL, hereby requests permission from this court to be allowed to travel to Chicago, Illinois, to participate in an Indian cultural event. Said travel shall begin on Friday, September 4, 2010, through September 6, 2010. Defendant counsel's office has contacted JACOB SCOTT at Pre-Trial Services who has no objection to this travel.

    Defendant counsel's office has also contacted Karen Escobar, Assistant U. S. Attorney, who likewise has expressed

////

1 no objection to this out-of-town travel request.

2     DATED: September 1, 2010.

3                                 NUTTALL & COLEMAN

5                                 /s/
                              ROGER T. NUTTALL
6                               Attorney for Defendant
                              JASWINDER LASHER

9                               /s/
                              KAREN ESCOBAR
                              Asst. U. S. Attorney

12   IT IS SO ORDERED.

13 Dated:    September 2, 2010
                              CHIEF UNITED STATES DISTRICT JUDGE

NUTTALL & COLEMAN
2445 Capitol Street, Suite 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900