1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-cr-00264-AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JASWINDER LASHER, | ) | |
| Defendant. | ) | |

Having considered the government's motion to dismiss the Superseding Indictment in the above-captioned matter only,

IT IS HEREBY ORDERED that the Superseding Indictment shall be dismissed as to defendant Jaswinder Lasher

Dated: March 21, 2011

ANTHONY W. ISHII
Chief U.S. District Judge

1