(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL, COLEMAN & WILSON**
2445 N. CAPITOL ST., STE. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:07 CR-00264 AWI |
|---|---|
| Plaintiff, | **ORDER EXONERATING PASSPORT** |
| vs. | |
| JASWINDER LASHER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant, JASWINDER LASHER'S passport, Passport Number 058062149, which is in the possession of the United States District Court Clerk, be released and returned to the Defendant upon his presentation of this Order to said Clerk.

IT IS SO ORDERED.

Dated:     March 22, 2011                    /s/ signature
                                      CHIEF UNITED STATES DISTRICT JUDGE